theory of the case and were admissible. However, their exclusion was not so seriously prejudicial as to necessitate a new trial.

The trial court did not err in finding for the plaintiff and holding that Lewis' possession of the premises was unlawful. Its judgment is affirmed.

Judgment affirmed.

McGLOON, P. J., and McNAMARA, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES MARVIN JACKSON *et al.*, Defendants-Appellants.

(No. 56457; ▮▮▮▮▮▮▮▮▮)

First District—November 2, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Albert Rosendahl, and Robert Samko, Assistant State's Attorneys, of counsel,) for the People.